| | | |
|---|---|---|
| RETURN DATE: AUGUST 11, 2020 | : | SUPERIOR COURT |
| JAMES MARRON | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| WALMART, INC.; WALMART STORES EAST, LP and WAL-MART REAL ESTATE BUSINESS TRUST | : | JULY 6, 2020 |

## COMPLAINT

1) The Plaintiff, James Marron, is a resident of the Town of Wallingford, Connecticut.

2) The Defendant, Walmart, Inc., is a corporation duly organized under the laws of the State of Delaware with a principal place of business located at 708 SW 8th Street, Bentonville, Arkansas operating a Walmart Supercenter, Store #2371, located at 844 N Colony Road, Wallingford, Connecticut.

3) The Defendant, Walmart Stores East, LP, is a foreign limited partnership duly organized under the laws of the State of Delaware with a principal place of business located at 708 SW 8th Street, Bentonville, Arkansas operating a Walmart Supercenter, Store #2371, located at 844 N Colony Road, Wallingford, Connecticut.

4) The Defendant, Wal-Mart Real Estate Business Trust, is a foreign statutory trust duly organized under the laws of the State of Delaware which owns real property located at 844 N Colony Road, Wallingford, Connecticut.

5) At all times material hereto, the Defendants, Walmart, Inc. Walmart Stores East, LP and Wal-Mart Real Estate Business Trust owned, controlled, possessed, managed and/or maintained the aforementioned premises and had a duty to keep the premises reasonably safe for all who entered onto the premises such as the Plaintiff.

6) On or about August 5, 2018, as the Plaintiff was walking across the parking lot of the premises the Plaintiff was caused to fall due to a protruding steel sign post, causing the injuries and damages hereinafter set forth.

7) As a result of said occurrence, the Plaintiff received and suffered from the following severe, disabling, painful and permanent injuries which were caused, aggravated, accelerated or lighted up by said occurrence:

    a) Right hand/wrist pain, numbness, tingling and injury;

    b) Fractured right wrist;

    c) Displaced fracture of the distal phalanx of the right little finger requiring surgery;

    d) Right carpal tunnel syndrome requiring surgery;

2

      d)      Multiple contusions, lacerations and abrasions about the hands and legs; and,

      e)      Severe shock to the Plaintiff's entire nervous system.

8) As a further result, the Plaintiff has suffered and will continue to suffer severe physical and emotional distress, extreme pain and suffering, embarrassment, limitation of activities, inconvenience, disability, limitation of motion and has been unable to perform the household, recreational and normal duties, activities and functions as the Plaintiff did before said occurrence.

9) As a result of said injuries, the Plaintiff was required to expend substantial sums of money and may be required to expend additional sums of money in the future for:

  a) Medical care and treatment;

  b) Physical therapy;

  c) Hospitalization;

  d) Surgical care and treatment;

  e) Therapeutic care and treatment;

  f) Pharmaceutical expenses;

  g) Medical devices;

3

      h) Ambulatory care;

      i) Radiological treatment; and/or,

      j) Diagnostic treatment.

10) As a further result, the Plaintiff is fearful and apprehensive of future medical complications resulting from the aforesaid injuries.

11) As a further result, the Plaintiff has suffered lost wages and/or a loss of earning capacity.

12) Said occurrence was due to the negligence and carelessness of the Defendants, their servants, agents, or employees in one or more of the following ways:

    a) In that the Defendant caused, allowed and permitted the parking lot area to be and remain in a dangerous, defective and unsafe condition;

    b) In that the Defendant failed to repair the protruding steel sign post;

    c) In that the Defendant failed to remove the protruding steel sign post;

    d) In that the Defendant failed to provide a reasonably safe parking lot for the Plaintiff and others to walk across;

    e) In that the Defendant failed to warn the Plaintiff of the protruding steel sign post;

Wocl Leydon LLC
80 Fourth Street, Stamford, CT 06905
Tel: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151-

4

f)  In that the Defendant failed to make proper and reasonable inspections to discover the presence of the protruding steel sign post; and/or,

g)  In that the Defendant failed to implement a risk management, maintenance, security and/or inspection system whereby dangerous, unsafe, and defective walkway surface conditions existing would be quickly ascertained and remedied.

13) The existence of the protruding steel sign post on the premises was a dangerous, defective and unsafe condition, which the Defendants either created, knew of or had their agents, servants or employees used reasonable care and proper diligence, would have known of.

THE PLAINTIFF,

BY: _____
Anastasios T. Savvaides, Esq.
WOCL LEYDON L.L.C.
80 Fourth Street
Stamford, CT 06904
203/333.3339
Juris No.: 106151

Wocl Leydon LLC
80 Fourth Street, Stamford, CT 06905
Tel: (203) 333-3339 | Fax: (203) 324-1407 | Juris No. 106151

| | | |
|---|---|---|
| RETURN DATE: AUGUST 11, 2020 | : | SUPERIOR COURT |
| JAMES MARRON | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| WALMART, INC.; WALMART STORES EAST, LP and WAL-MART REAL ESTATE BUSINESS TRUST | : | JULY 6, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS, excluding interest and costs.

THE PLAINTIFF,

By: _____
Anastasios T. Savvaides, Esq.
WOCL LEYDON L.L.C.
80 Fourth Street
Stamford, CT 06904
203/333.3339
Juris No.: 106151

6

| | | |
|---|---|---|
| RETURN DATE: AUGUST 11, 2020 | : | SUPERIOR COURT |
| JAMES MARRON | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| WALMART, INC.; WALMART STORES EAST, LP and WAL-MART REAL ESTATE BUSINESS TRUST | : | JULY 6, 2020 |

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff claims:

1. Monetary damages;

2. Any other further relief in law or equity which may appertain.

THE PLAINTIFF,

By: _____
Anastasios T. Savvaides, Esq.
WOCL LEYDON L.L.C.
80 Fourth Street
Stamford, CT 06904
203/333.3339
Juris No.: 106151

7